IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MARINE CREDIT UNION<br>Plaintiff,<br>v.<br>JENNIFER HOWE SAULS MCKINNEY, ISRAEL MCKINNEY, GUNDERSON CLINIC LTD, GUNDERSON LUTHERAN MEDICAL CENTER, LA CROSSE COUNTY CLERK OF CIRCUIT COURT, SCHNEIDER WINDOW COVERING, STATE OF WISCONSIN DEPT OF CHILDREN AND FAMILIES, AND UNITED STATES OF AMERICA.<br>Defendants. | Case No. 3:23-cv-497<br><br>(formerly Case No. 2023cv000304 in the Circuit Court for La Crosse County, Wisconsin) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Marine Credit Union, hereby files a Notice of Dismissal to dismiss the above-titled action without further notice or order of the Court.

Dated: August 25, 2023

Respectfully submitted,

/s/ Sam Kaufman
Sam Kaufman
Vande Zande & Kaufman, LLP
PO Box 430
Waupun, WI 53963
sam@vklaw.us
*Attorney for Marine Credit Union*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2023, a true and correct copy of the **NOTICE OF DISMISSAL**, with all attachments, was filed with the Court via its CM/ECF system and that copies of the same were sent via USPS to these recipients:

Nathan Baney
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C. 20044

Jennifer Howe Sauls McKinney
429 S. 2nd N. #322
West Salem, WI 54601

Israel R. McKinney
W5441 Innsbruck Road
West Salem, WI 54669

Gunderson Clinic Ltd
1910 South Ave
La Crosse, WI 54601

Gunderson Lutheran Medical Center
1900 South Ave
La Crosse, WI 54601

Schneider Window Covering
505 Brickl Road
West Salem, WI 54669

La Crosse County Clerk of Circuit Court
c/o La Crosse County Clerk
333 Vine Street
La Crosse, WI 54601

State of Wisconsin
Dept of Children and Families
201 W. Washington Ave
Madison, WI 53703

/s/ Sam Kaufman
Sam Kaufman
Vande Zande & Kaufman, LLP